IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Donald R. Surdak, Jr., | ) | C/A No.0:09-3287-HFF-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Director Jon Ozmint, SC Dep't of Corr.; | ) | |
| Richard Bazzle, Warden; Lt. Susan Duffy, | ) | |
| Dorm LT; Sgt. Cotter, Dorm Sgt.; Ofc. John | ) | |
| Doe, Dorm Ofcs.; Jane Doe, Dorm Ofcs.; Ofc. | ) | |
| NFN Barnes, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The plaintiff has filed this action, *pro se*, seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff, an inmate with the South Carolina Department of Corrections, alleges violations of his constitutional rights by the named defendants. The defendants filed a motion to dismiss on May 26, 2010, pursuant to the Federal Rules of Civil Procedure. (Docket Entry 26.) As the plaintiff is proceeding *pro se*, the court entered an order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975) on May 27, 2010, advising the plaintiff of the importance of a motion to dismiss and of the need for him to file an adequate response. (Docket Entry 27.) The plaintiff was specifically advised that if he failed to respond adequately, the defendants' motion may be granted, thereby ending his case.

Notwithstanding the specific warning and instructions set forth in the court's Roseboro order, the plaintiff has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action.

*PJG*

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether he wishes to continue with this case and to file a response to the defendants' motion to dismiss within fourteen (14) days from the date of this order. Plaintiff is further advised that if he fails to respond, **this action will be recommended for dismissal with prejudice for failure to prosecute.** See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                            Paige J. Gossett
                                            UNITED STATES MAGISTRATE JUDGE

July 13, 2010
Columbia, South Carolina